May Term, 1861.

ENGLER v. ELLIS.

*L. M. Bundy*, for the appellants.

*J. H. Mellett* and *E. B. Martindale*, for the appellees.

---

Engler and Others *v.* Ellis and Others.

Suit upon two notes, made in *Ohio*, and payable with 10 per cent. interest. Judgment for the amount of the notes, with the stipulated interest.

*Held*, that as the notes were payable generally, they were payable everywhere, and not specially at the place of residence of the makers.

*Held*, also, that if the notes were payable in this State, they would still be good for the stipulated interest, unless that rate was prohibited by the law of *Ohio*, which was not made to appear.

APPEAL from the *Shelby* Common Pleas.

WORDEN, J.—This was an action by the appellees, against the appellants, upon two promissory notes, made in *Ohio*, by

Monday, June 17.

May Term,
1861.

the defendants to the plaintiffs, stipulating to pay interest at the rate of 10 per cent. Judgment by default, for the amount of the notes, with the stipulated interest.

Two errors are assigned: *First*. In rendering judgment for the amount of the notes with 10 per cent. interest, the notes being payable at the office of the appellants, in *Shelby* county, *Indiana*. *Second*. That process was not served upon the defendants in time.

There is nothing in the second error, as the record shows that process was duly served.

There are two conclusive answers to the first error assigned: *First*. The notes were payable generally, and were therefore payable everywhere, and not specially in *Shelby* county, *Indiana*. *Second*. If the notes were payable in *Indiana*, they would be good for the stipulated interest, unless that rate was prohibited by the law of *Ohio*, which does not appear. 2 Parsons on Cont., top page 96; *Gordon* v. *Phelps*; 7 J. J. Marshall, 619.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*M. M. Ray* and *T. A. McFarland*, for the appellants.
*S. Major*, for the appellees.